UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PABLO HOLGUIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. QUALLS,<br><br>        Defendant. | 1:17-cv-00376-AWI-SAB (PC)<br><br>SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
|---|---|

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on March 15, 2017, and submitted a motion to proceed in forma pauperis; however, the motion to proceed in forma pauperis was incomplete.

        On March 20, 2017, the Court directed Plaintiff to submit a complete application to proceed in forma pauperis or pay the filing fee.

        On April 26, 2017, Plaintiff filed a second motion to proceed in forma pauperis, but the application is again incomplete, namely, Plaintiff failed to utilize the proper form provided to him with the March 20, 2017, order and the motion does not contain his signature authorizing the collection of fees from his trust account in accordance with 28 U.S.C. § 1915(b)(2).

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the **attached** application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 27, 2017**

UNITED STATES MAGISTRATE JUDGE